No. 03–9332.   IN RE KASHOGGI, FKA STERLING, ET AL.;
No. 03–9383.   IN RE SMITH; and
No. 03–9415.   IN RE BELSER.   Petitions for writs of habeas corpus denied.

No. 03–8959.   IN RE ROBERSON.   Petition for writ of mandamus and/or prohibition denied.

No. 03–725.   PASQUANTINO ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari granted.

No. 03–923.   ILLINOIS v. CABALLES.   Sup. Ct. Ill.   Certiorari granted.

No. 02–409.   FAVISH v. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–637.   NEWDUNN ASSOCIATES, LLP, ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS.   C. A. 4th Cir.   Certiorari denied.

No. 03–701.   DEATON ET UX. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 03–784.   HOOTS ET AL. v. K. B. ET AL.   Sup. Ct. N. D. Certiorari denied.

No. 03–898.   ORTIZ VELEZ, MAYOR OF SABANA GRANDE, PUERTO RICO, ET AL. v. RIVERA-TORRES ET AL.   C. A. 1st Cir. Certiorari denied.

No. 03–929.   RAPANOS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 03–934.   MERLE ET AL. v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 03–938.   CHRISTIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.